# United States District Court
## *Southern District of Georgia*

SHALATHIA SMITH
Plaintiff

Case No.   1:25-CV-00136-JRH-BKE

**v.**

Appearing on behalf of

EVAN SILAS
Defendant

DEFENDANT
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  14th  day of  July  ,  2025 .

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:    Benjamin J. Yancey

Business Address:    Marsh Atkinson & Brantley, LLC
Firm/Business Name

271 17th Street NW, Suite 1600
Street Address

| | Atlanta | GA | 30363 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(404) 600-0545                   886446
Telephone Number (w/ area code)        Georgia Bar Number

Email Address:    ben.yancey@mablawfirm.com