IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHALATHIA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-136 |
| | ) | |
| EVAN SILAS, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

The Court received the parties' joint status report and **STAYS** remaining case deadlines pending private mediation through and including August 31, 2026. (Doc. no. 25.) The parties shall advise the Court as to the status of the case by no later than August 31, 2026, and, if the case is not resolved, the Court imposes the following deadline:

LAST DAY FOR FILING CIVIL MOTIONS       September 30, 2026
INCLUDING *DAUBERT* MOTIONS, but
EXCLUDING MOTIONS IN LIMINE

All provisions of the prior Scheduling Order not revised herein shall remain in full force and effect.

SO ORDERED this 10th day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA